IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELE ATLAS NORTH AMERICA INC., | No.   C05-05246 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| GEBRE, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by March 24, 2006, the case shall be dismissed for failure to prosecute. The Case Management Conference set for March 21, 2006, before the Honorable Martin J. Jenkins is hereby **vacated.**

**IT IS SO ORDERED.**

Dated:     3/15/2006

MARTIN J. JENKINS
United States District Judge