1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      David Eiseman (Bar No. 114758)
2     Albert P. Bedecarré (Bar No. 148178)
      Daniel Zaheer (Bar No. 237118)
3  50 California Street, 22nd Floor
   San Francisco, California  94111
4  Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
5  Email:         davideiseman@quinnemanuel.com
                  albedecarre@quinnemanuel.com
6                 danzaheer@quinnemanuel.com

7  FLIESLER MEYER LLP
      Martin C. Fliesler (Bar No. 73768)
8     Melissa L. Basch (Bar No. 190374)
   Four Embarcadero Center, Fourth Floor
9  San Francisco, California 94111
   Telephone:     (415) 362-3800
10 Facsimile:     (415) 386-2928
   Email:         mcf@fdml.com
11                mbasch@fdml.com

12 Attorneys for Plaintiff
   Tele Atlas North America, Inc.
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TELE ATLAS NORTH AMERICA, INC., | CASE NO. C 05-5246 MJJ |
|---|---|
| Plaintiff, | **PLAINTIFF TELE ATLAS NORTH AMERICA, INC.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| ADAMASU GEBRE, | Court:  The Honorable Martin J. Jenkins |
| Defendant. | |

51044/1854033.1

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE
CASE NO. C 05-5246 MJJ

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Tele Atlas North
2 | America, Inc. dismisses this action without prejudice. Defendant Adamasu Gebre has not been
3 | served with the summons and complaint in the action, and therefore has not served an answer or
4 | motion for summary judgment.

6 | DATED: April 18, 2006          QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

By  /s/David Eiseman
    David Eiseman
    Attorneys for Plaintiff
    Tele Atlas North America, Inc.