QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
  Daniel Zaheer (Bar No. 237118)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
Email:  davideiseman@quinnemanuel.com
    albedecarre@quinnemanuel.com
    danzaheer@quinnemanuel.com

FLIESLER MEYER LLP
  Martin C. Fliesler (Bar No. 73768)
  Melissa L. Basch (Bar No. 190374)
Four Embarcadero Center, Fourth Floor
San Francisco, California 94111
Telephone:  (415) 362-3800
Facsimile:  (415) 386-2928
Email:  mcf@fdml.com
    mbasch@fdml.com

Attorneys for Plaintiff
Tele Atlas North America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELE ATLAS NORTH AMERICA, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>ADAMASU GEBRE,<br><br>        Defendant. | CASE NO. C 05-5246 MJJ<br><br>**PLAINTIFF TELE ATLAS NORTH AMERICA, INC.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Court: The Honorable Martin J. Jenkins<br><br>AND ORDER |

51044/1854033.1

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE
CASE NO. C 05-5246 MJJ

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Tele Atlas North America, Inc. dismisses this action without prejudice. Defendant Adamasu Gebre has not been served with the summons and complaint in the action, and therefore has not served an answer or motion for summary judgment.

DATED: April 18, 2006              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                   By  /s/David Eiseman
                                      David Eiseman
                                      Attorneys for Plaintiff
                                      Tele Atlas North America, Inc.


4/29/2006     United States District Judge

51044/1854033.1

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE
CASE NO. C 05-5246 MJJ